# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 1295

VERSUS

WALTER E. JOHNSON, JR.                          **FEBRUARY 26, 2024**

---

In Re:     Walter E. Johnson, Jr., applying for supervisory
           writs, 19th Judicial District Court, Parish of East
           Baton Rouge, No. 10-82-0903.

---

**BEFORE:    THERIOT, PENZATO, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED ON THE SHOWING MADE.** Relator
failed to include a file-stamped copy of the application for
postconviction relief, the Commissioner's Recommendation dated
October 24, 2022, the State's response, if any, and any other
portion of the district court record that might support the
claims raised in the writ application. Therefore, this court
cannot adequately review the ruling at issue herein.
Supplementation of this writ application and/or an application
for rehearing will not be considered. See Uniform Rules of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event
relator elects to file a new application with this court, he may
do so without the necessity of obtaining a return date. Any
future filing on this issue should include the entire contents
of this application, the missing items noted above, and a copy
of this ruling.

                            MRT
                            AHP
                            HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
       FOR THE COURT